UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


GS HOLISTIC, LLC

                        Plaintiff,                    Case No. 2:24-cv-12230

v.                                                    Honorable Susan K. DeClercq

EXOTICS CLOUDZ 2 INC.
d/b/a EXOTIC CLOUDZ, and
SAMI ALZOKARY,

                        Defendants.
_____/

### JUDGMENT

In accordance with the Order issued today, it is **ORDERED** that:

1) Judgment of Default is **ENTERED** for Plaintiff GS Holistic, LLC and against Defendants Exotic Cloudz 2, Inc., and its owner, Sami Alzokary, jointly and severally, in the amount of $48,172.00;

2) Defendants are permanently enjoined from importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing, displaying, delivering, marketing, advertising, or promoting any counterfeit Stündenglass product;

3) Defendants **SHALL DELIVER** at their cost, to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass marks.

- 2 -

4) Plaintiff shall serve a copy of this Judgment on the Defendants by certified mail, return receipt required, and file a Certificate of Service with this Court regarding the same, within fourteen (14) days of this Judgment.

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 18, 2026